# EXHIBIT G

Guaranteed Lowest Prices on Hunting, Shooting, Military Surplus and More!   International Shipping

Sign In | My Account
View Cart (0 items)   Checkout




Buyer's Club | Order Status | Clearance | Club Only Store | New Arrivals | Top Sellers | Amazing Deals

Search: enter keyword or item number   [Go]   CATALOG QUICK ORDER   SIGN UP FOR E-MAIL SPECIALS   REFER A FRIEND YOU BOTH GET $15!*

SHOP BY DEPARTMENT >

Home ▸ Patio & Outdoor Living ▸ Grills & Smokers ▸ Guide Gear® 30" Electric Stainless Steel Smoker

## Guide Gear® 30" Electric Stainless Steel Smoker.

Awnings & Shades
Bird Houses & Feeders
Decorative Accessories
Fire Pits & Patio Heaters
Flags
Greenhouses
Grills & Smokers
Outdoor Rugs
Patio Furniture
Patio Storage
Patio Umbrellas
Pest Control
Planters
Pool & Pond
Solar & Outdoor Lighting
Weather Stations
Weather Vanes
Yard & Garden

Guide Gear® 30" Electric Stainless Steel Smoker

Images   Videos

'Like' or Google+ this item.
8+1



### ADD TO CART

WX2-421387 - Guide Gear® 30" Electric Stainless Steel Smoker

Compare at $400.00
Buyer's Club
**$215.99**
Non-Member $239.99
Save $184.01

Please note: Heavy/Bulky shipping charges apply.
Quantity: 1   [Add To Cart]



Join my Buyer's Club and SAVE an EXTRA 10%* Every Day!
**$29.99/yr.**
Total Club savings with this item: $24.00

[Join Now]  [Renew Now]
*Save 5% on ammunition.

### YOU MAY ALSO WANT



WX2-228335 - 4 - Pk. of Variety Wood Chips

Compare at $30.00
Buyer's Club
**$17.99**
Non-Member $19.99
Save $12.01

Quantity: 1   [Add To Cart]

Mmm! Use this Electric Stainless Steel Smoker to add familiar smoked flavor to meats, wild game, fish, sausage and more.

- **Split stainless steel doors with draw-type latches. Lets you add wood chips, water without excess heat / smoke loss**
- Large observation window in door
- Digital timer and temp readout
- 4 racks (2 grid-style jerky type, 2 standard)
- **12 S hooks for hanging food**
- Chromed door latches
- Rollabout rear wheels
- Sure-grip handles. 19 ¹/₂ x 18 x 33"h., 54 lbs. 120V, 60Hz., ETL-listed.

Order ONLINE Now!

<u>Please Note:</u> This is a Heavy / Bulky item. $5.00 for heavy / bulky shipping and handling will be charged in addition to regular shipping and handling.

Guide Gear® 30" Electric Stainless Steel Smoker

Built to Sportsman's Guide's exact specifications, Guide Gear® stands for dependability, long-lasting quality and unmatched value! Guaranteed!

**Buyer's Club SAVE an EXTRA 10% Every Day!**
[Join Now]  [Renew Now]
Learn More | Watch Video
The Sportsman's Guide Buyer's Club Advantage Rewards Visa® Card

RELATED SEARCHES
grill pan nonstick
bradley 4 rack smoker
fire sense grills
stainless steel grille

**Friends don't let friends overpay!™**
Instantly tell your friends about this bargain! Click here...

8+1
International Shipping

### ADD TO CART

WX2-421387 - Guide Gear® 30" Electric Stainless Steel Smoker
Compare at $400.00



WX2-228334 - Big Chief® Smoker

Compare at $200.00
Buyer's Club
**$134.99**
Non-Member $149.99
Save $65.01

Quantity: 1   [Add To Cart]

Buyer's Club
**$215.99**
Non-Member $239.99
Save $184.01

Please note: Heavy/Bulky shipping charges apply.
Quantity: 1  [Add To Cart]



### Join my Buyer's Club and SAVE an EXTRA 10%* Every Day!
**$29.99/yr.**
Total Club savings with this item: $24.00

[Join Now]  [Renew Now]
*Save 5% on ammunition.



**WX2-588824** - Outdoor Umbrella Speaker & Light

Compare at $60.00
Buyer's Club
**$13.49**
Non-Member $14.99
Save $46.51

Quantity: 1  [Add To Cart]

## Here's What Our Customers Are Saying

 Customer Comments

| Here's what our customers think of this product: ★★★★★ | | |
|---|---|---|
| this electric smoker i would not recommend to anyone because of the condition it arrived in. it does work but i don't think it should leak and the piping on the window is coming off this does not effect how it works but it is a mess when you are using it i should have sent it back when it first arrived but my husband was to excited to use it.... | | |
| TONI, PITTSBURGH, PA | 02-19-2014 | ★☆☆☆☆ |
| The seals on both doors are poorly installed | | |
| TERRY J, NEW LONDON, WI | 01-05-2014 | ★☆☆☆☆ |
| Smoker tray was broken. Had to weld back together myself. | | |
| JAMES, HOWELL, MI | 12-19-2013 | ★★☆☆☆ |
| Smoker worked great, electric smoker was simple to setup and run vs charcol If the handle and wheels were of better quality I would have gave 5¿over all I would recomend this smoker | | |
| JOSEPH J, MOUNT HOLLY, NJ | 12-14-2013 | ★★★☆☆ |
| Smoker arrived quickly and was what I wanted. It was missing a couple of screw and the handle doesn't fit. But after a couple of calls to the manufacturer I THINK the parts are on the way. We'll see. I have a pork shoulder and a large beef roast in the smoker now as I type this. Smells and looks great! | | |
| BUCK, WOODLAND PARK, CO | 12-13-2013 | ★★★★☆ |
| A very poorly made product! | | |
| ERIC / CORINNE, MESA, AZ | 12-12-2013 | ★☆☆☆☆ |
| Product works well. Weather stripping on doors poorly attached | | |
| KEITH, RUSSELLVILLE, MO | 11-25-2013 | ★★★★☆ |
| have not used the product yet but it seems to be in very good condition and well constructed. all that i had expected, so far. | | |
| MICHAEL, CALIENTE, NV | 11-23-2013 | |


### RELATED PRODUCTS

   

**XL Guide Gear® Park-style Grill**
This Guide Gear® Park style Grill gives you classic picnic ...
Quickview

**Weston #32 Stainless Steel Pro - Series Electric**
Why leave your processing to an amateur? This Weston #32 ...
Quickview

**Masterbuilt 30" Digital Electric Smoker**
Savor the flavor! The wonderful world of gourmet smoked food ...
Quickview

**MarinCo® Stainless Steel 30A, 125V Power Inlet**
Provides a safe plug in station for your boat! Check ...
Quickview

---

**Customer Service**
- Order Status
- Customer Service
- Contact Us
- Return Policy
- Returns Made Easy

**About Us**
- About Us
- Careers
- Customer Comments
- Privacy Policy
- CA Supply Chain Act

**Shopping Tools**
- How to Order
- Buyer's Club
- Gift Card Balance
- Catalog Quick Order
- Shipping & Handling

**More Resources**
- Guide Outdoors®
- Articles & Resources
- Trophy Gallery
- Site Map
- Product Videos
- Black Friday
- Cyber Monday



*Order securely online*
or call **1-800-882-2962.**





©2014 The Sportsman's Guide, Inc.

