# EXHIBIT J

US00D560424S

(12) **United States Design Patent**     (10) Patent No.:     **US D560,424 S**

McLemore     (45) Date of Patent:     **     **Jan. 29, 2008**

(54) **COOKING FLUID COOKING APPARATUS**

(76) Inventor: **John D. McLemore**, 105 Hickory Ct., Fortson, GA (US) 31906

(**) Term: **14 Years**

(21) Appl. No.: **29/229,943**

(22) Filed: **May 16, 2005**

**Related U.S. Application Data**

(60) Division of application No. 29/219,017, filed on Dec. 13, 2004, now Pat. No. Des. 516,374, which is a continuation of application No. 10/917,418, filed on Aug. 13, 2004, which is a continuation of application No. 10/640,691, filed on Aug. 14, 2003, now Pat. No. 6,941,857.

(51) LOC (8) Cl. ................................................. **07-02**
(52) U.S. Cl. ...................................................... **D7/355**
(58) **Field of Classification Search** ................ D7/323, D7/545, 352–361, 331, 337, 347, 348; 219/429, 219/432, 438–442, 401, 620, 621; 99/324–340, 99/357, 403–419; 220/573.1–573.4, 912; 426/438, 441
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,032,175 | A | 2/1936 | Jones |
| 2,215,929 | A | 9/1940 | Husk |
| 2,597,695 | A | 5/1952 | Braski et al. |
| 2,785,277 | A | 3/1957 | Jepson |
| D280,064 | S | 8/1985 | Obata et al. |
| 4,968,516 | A | 11/1990 | Thompson |
| D313,530 | S * | 1/1991 | Leiros ........................ D7/354 |
| D323,762 | S * | 2/1992 | Barrault ...................... D7/354 |
| D338,132 | S | 8/1993 | Chang |
| D339,957 | S | 10/1993 | Chang |
| D341,056 | S * | 11/1993 | Powell ........................ D7/354 |
| D345,281 | S | 3/1994 | Mauffrey |
| 5,429,039 | A | 7/1995 | Chang |

| | | | |
|---|---|---|---|
| D368,621 | S * | 4/1996 | Mano ......................... D7/360 |
| D369,270 | S * | 4/1996 | Payen ........................ D7/354 |
| D369,505 | S | 5/1996 | Philippe |
| D374,791 | S | 10/1996 | Wu |
| D378,647 | S * | 4/1997 | Piret .......................... D7/354 |
| D382,767 | S * | 8/1997 | Lien .......................... D7/360 |
| D386,646 | S | 11/1997 | Wurth |
| D395,980 | S * | 7/1998 | Boisselier ................... D7/354 |
| D416,166 | S | 11/1999 | Hirose et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

WO     WO 2005/016091     2/2005

OTHER PUBLICATIONS

DeLonghi America Inc.—Company Profile, Research, News, Information, Contact . . . , pulled from the internet at http://goliath.ecnext.com/coms2/product-compint-0000232441-page.html on Feb. 1, 2005 (1 page).

(Continued)

*Primary Examiner*—Caron D. Veynar
*Assistant Examiner*—Ricky Pham
(74) *Attorney, Agent, or Firm*—Smith, Gambrell & Russell, LLP

(57)     **CLAIM**

The ornamental design for cooking fluid cooking apparatus, as shown.

**DESCRIPTION**

FIG. 1 is a perspective view of a cooking fluid cooking apparatus of the present invention;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a rear elevational view thereof;

FIG. 4 is a right side elevational view thereof;

FIG. 5 is a left side elevational thereof; and,

FIG. 6 is a top plan view thereof.

**1 Claim, 6 Drawing Sheets**



**US D560,424 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D416,434 S | * | 11/1999 | Pollnow | .................... D7/360 |
| D418,361 S | | 1/2000 | Utsugi | |
| D419,824 S | | 2/2000 | Sham et al. | |
| D431,149 S | | 9/2000 | Cooke et al. | |
| D450,528 S | * | 11/2001 | Rossman | .................... D7/360 |
| D455,040 S | * | 4/2002 | Pannozzo et al. | ........... D7/360 |
| D486,351 S | * | 2/2004 | Lu et al. | ..................... D7/354 |
| D516,374 S | * | 3/2006 | McLemore | ................. D7/360 |
| 2004/0103795 A1 | | 6/2004 | McLemore | |
| 2005/0034611 A1 | | 2/2005 | McLemore et al. | |

## OTHER PUBLICATIONS

Chef's® The Best Kitchens Start Here, pulled from the internet at http://www.chefscatalog.com/store/cataog/catB9a.jhtml?itemId= cat000038&p.. on Feb. 1, 2005 (1 page).

Delononghi DeLonghi Dual Zone Deep Fryer at sears.com, pulled from the internet at http://www.sears.com/sr/javasr/product.do? vertical=GIFT&pid=08035042000... on Feb. 1, 2005 (1 page).

Dual Zone Deep Fryer (3.0) lb. Capacity: Model D455DZ), pulled from the internet at http://www.delonghi.com/delonghi/data/int/usa/ Prodotti.nsf/b912ead30a9700c.. on Feb. 1, 2005 (2 pages).

Chef's Dual-Zone Digital Fryer, pulled from the internet at http://www.chefscatalog.com/store/catalog/prod/jhtml?itemId-cprod6770003&.. on Feb. 1, 2005 (1 page).

DeLonghi D882UX Cool Touch Roto Deep Fryer Review at Epinions.com, pulled from the internet at http://www.epinions.com/content__95457218180 on Feb. 1, 2005.

Krups Fryer*Friteuse*Freidora—pulled from the internet at http://www.krups.com on Mar. 19, 2003 (11 pages).

* cited by examiner



**FIG. 1**



# FIG. 2



# FIG. 3



**FIG. 4**



**FIG. 5**



FIG. 6