# EXHIBIT L

Guaranteed Lowest Prices on Hunting, Shooting, Military Surplus and More!  International Shipping

Sign In | My Account

  View Cart (0 items)   Checkout

Buyer's Club | Order Status | Clearance | Club Only Store | New Arrivals | Top Sellers | Amazing Deals

Search: enter keyword or item number  [Go]   CATALOG QUICK ORDER   SIGN UP FOR E-MAIL SPECIALS   REFER A FRIEND YOU BOTH GET $15!*

**SHOP BY DEPARTMENT**

Home ▸ Food & Kitchen Supplies ▸ Kitchen Appliances ▸ Guide Gear 15L Electric Turkey Fryer

Cookware
Dinnerware & Flatware
Food Gifts
Kitchen Appliances
Kitchen Knives

### Guide Gear® 15L Electric Turkey Fryer.

Guide Gear® 15L Electric Turkey Fryer

'Like' or Google+ this item. 8+1



**ADD TO CART**

WX2-421388 - Guide Gear® 15L...

Compare at
Buy
$
Non-Member
Sa

Quantity: 1



Join my
and SAV
10%*
$29
Total Clu
this ite

Join Now   Renew Now
*Save 5% on ammunition.

SAVE an EXTRA 10% Every Day!
Join Now   Renew Now
Learn More | Watch Video
The Sportsman's Guide
Buyer's Club Advantage
Rewards Visa® Card



**Fry, boil or steam safely indoors or out!** Mmmm! Delicious turkey for the holidays and beyond. 15 liters is almost 16 qts., big enough to cook a 14-lb. turkey! Great for making fries, onion rings, fish or chicken, too. And our Guide Gear® brand is made to our exacting specs to ensure top quality at the right price!

**Details:**

- 1,750 watts for quick oil heating and temperature recovery
- **Easy-to-use 1 $^{1}/_{2}$-hour timer**
- Variable thermostat with auto shut-off
- **Removable inner aluminum 15L cooking pot and heating element for easy cleaning**
- Perforated aluminum basket included
- **Glass lock lid.**
- 22 $^{1}/_{2}$ x 18 x 17"h., 19 lbs.

Order ONLINE Now! Makes a great gift!

### Guide Gear 15L Electric Turkey Fryer

 Built to Sportsman's Guide's exact specifications, **Guide Gear®** stands for dependability, long-lasting quality and unmatched value! Guaranteed!

**YOU MAY ALSO WANT**



WX2-122222 - Maxi-Matic® Elite Platinum Stainless Steel 8-qt. Double Deep Fryer

Compare at $150.00
Buyer's Club
**$89.99**
Non-Member $99.99
Save $60.01

Quantity: 1    Add To Cart



WX2-421206 - 2 Duck Commander® Uncle Si's Tea Cups

Compare at $18.00
Buyer's Club
**$11.69**
Non-Member $12.99
Save $6.31

Quantity: 1    Add To Cart

**Friends don't let friends overpay!™**
 Instantly tell your friends about this bargain! Click here...

 8+1

 International Shipping

**ADD TO CART**

WX2-421388 - Guide Gear® 15L Electric Turkey Fryer

Compare at $180.00
Buyer's Club
**$98.99**
Non-Member $109.99
Save $81.01

Quantity: 1  [Add To Cart]



Join my Buyer's Club and SAVE an EXTRA 10%* Every Day!
$29.99/yr.
Total Club savings with this item: $11.00

[Join Now]  [Renew Now]
*Save 5% on ammunition.



WX2-303823 - Guide Gear® by EdgeCraft® Electric Knife Sharpener, Green

Compare at $65.00
Buyer's Club
**$35.99**
Non-Member $39.99
Save $29.01

Quantity: 1  [Add To Cart]

### Here's What Our Customers Are Saying

 Customer Comments

| Here's what our customers think of this product: ★★★☆☆ | | |
|---|---|---|
| We tried it out and worked great except the magnetic power cord holder on the Heater unit is losse and I need ti fix it. Or see if you can replace just the heater unit under warrenty | | |
| GORDON, EATONTON, GA | 12-06-2013 | ★★★★★ |
| it is not the size you said it was | | |
| JIM, WALLA WALLA, WA | 11-15-2013 | ★☆☆☆☆ |

### Customer Service
- Order Status
- Customer Service
- Contact Us
- Return Policy
- Returns Made Easy
- E-mail Preferences
- Free Catalog
- 4-Pay Plan
- Price/Satisfaction Guarantee
- Buyer's Club Credit Card
- Gift Cards
- Frequently Asked Questions
- Product Safety Recalls

### About Us
- About Us
- Careers
- Customer Comments
- Privacy Policy
- CA Supply Chain Act
- Join Affiliate Network
- Retail Store
- TV Commercials

### Shopping Tools
- How to Order
- Buyer's Club
- Gift Card Balance
- Catalog Quick Order
- Shipping & Handling
- Sizing

### More Resources
- Guide Outdoors®
- Articles & Resources
- Trophy Gallery
- Site Map
- Product Videos
- Black Friday
- Cyber Monday

Check Out Our New Mobile Website Features! WATCH VIDEO

digicert SECURE ClickID

Load Testing by   Web Performance

The [FUN] to browse Website™

*Order securely online or call 1-800-882-2962.*





©2014 The Sportsman's Guide, Inc.